1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NAQIBULLAH NADEEM                     No.  2:25-cv-1522-DC-CKD (PS)
     MOHAMMADULLAH KHAN,
12
             Plaintiff,
13                                          ORDER
             v.
14
15   UNITED STATES OF AMERICA,

16           Defendants.

17

18          Plaintiff proceeds pro se under the Federal Tort Claims Act. Defendant filed a motion to

19   dismiss on August 8, 2025. Plaintiff seeks a 30-day extension of time to file an opposition to the

20   motion to dismiss. Good cause appearing, the request will be granted. To accommodate the new

21   briefing schedule for the motion to dismiss, the court will vacate the Octboer 1, 2025 hearing date

22   and reset the hearing upon plaintiff's filing of an opposition to the motion.

23          Plaintiff also renews his request for appointment of counsel, asking the undersigned to

24   reconsider the prior denial. The undersigned denied appointment of counsel by order filed on

25   August 19, 2025. (ECF No. 24.) Plaintiff presents no new or different facts or circumstances

26   which did not exist or were not shown and considered for the prior motion. The renewed motion

27   for appointment of counsel, construed as an application for reconsideration, will be denied.

28   ////

1

In accordance with the above, IT IS ORDERED as follows:

1.  Plaintiff's motion for a 30-day extension of time (ECF No. 25) is GRANTED.

2.  Plaintiff's opposition to defendant's motion to dismiss is due 30 days from the date of this order; any reply by defendant shall be filed within 7 days after plaintiff's opposition.

3.  The motion hearing set for October 1, 2025 is VACATED, and will be re-set after plaintiff files the opposition.

4.  Plaintiff's renewed motion for appointment of counsel (ECF No. 26) is construed as a request for reconsideration of the court's prior order and is DENIED.

Dated:  September 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, khan1522.eot.aoc