UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAQIBULLAH NADEEM MOHAMMADULLAH KHAN, | No. 2:25-cv-1522-DC-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Previously, the undersigned granted plaintiff leave to re-file the complaint with the personal identifying information of minors redacted. (See ECF Nos. 16, 17, 19.) Subsequently, the undersigned granted in part plaintiff's further renewed motion to seal and authorized plaintiff to re-file the complaint with further redactions. (ECF No. 34.) Plaintiff has filed the further redacted complaint and its supporting documents with redactions made only as authorized. (ECF No. 36.) Accordingly, the redacted complaint filed on July 24, 2025 (ECF No. 17) will be sealed.

For the reasons set forth above, IT IS ORDERED as follows:

1.  The redacted complaint filed on July 24, 2025 (ECF No. 17) shall be sealed.

/////

/////

/////

/////

1

2. The Clerk of the Court shall update the docket text to show the complaint filed on January 8, 2026, is a redacted complaint filed pursuant to this order.

Dated:  January 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, khan1522.seal.36

2